# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**FREDERICK BELL,** *Petitioner*

*versus* **NO. 3:04-cv-212**

**CHRISTOPHER EPPS, et al.,** *Respondents*

## NOTICE OF CONVENTIONAL FILING

The state court records are in paper form only and are being maintained in this case file in the Clerk's office. These records have not been filed electronically because the party is excused from filing these documents pursuant to Section 6 (A)(7) of the Administrative Procedures for Electronic Case Filing.

                 Respectfully submitted,

                 **JIM HOOD**
                 ATTORNEY GENERAL
                 STATE OF MISSISSIPPI

                 **MARVIN L. WHITE, JR.**
                 ASSISTANT ATTORNEY GENERAL
                 Miss. Bar No. 7149
                 *(Counsel of Record)*

          BY: s/ **MARVIN L. WHITE, JR.**

OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680
Telefax:  (601) 359-3796

**CERTIFICATE OF SERVICE**

This is to certify that I, Marvin L. White, Jr., Assistant Attorney General for the State of Mississippi, have electronically the foregoing NOTICE OF CONVENTIONAL FILING with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Kenneth H. Coghlan, Esquire
P.O. Drawer 1360
Oxford, Mississippi 38655

This, the 18st day of May, 2007.

s/ **MARVIN L. WHITE, JR.**